**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** USMS |
| City: Boston | **Related Case Information:** | |
| County: Suffolk | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____ New Defendant X | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Tyreek Hall   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 2002   SSN (last4#): 5766   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: Jessica Thrall, Esq.   Address: (from 22-cr-10258-IT) Federal Defender Office, PO Box 51268, Boston, MA 02205

Bar Number: _____

**U.S. Attorney Information:**

AUSA: John T. Dawley, Jr.   Bar Number if applicable: 683662

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/16/2026   Signature of AUSA: /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Tyreek Hall

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | Escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____